**The relief described hereinbelow is SO ORDERED.**

**Signed September 30, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 13 Proceedings |
| | § | |
| TANYA MAGALY FLORES-ALHAMDAN | § | |
| | § | |
| Debtor(s) | § | CASE NO. 18-50765-rbk |

**ORDER GRANTING
MOTION TO MODIFY IN RESPONSE TO
TRUSTEE'S MOTION TO DISMISS (Docket No. 51)
AND THIRD REQUEST FOR ADDITIONAL ATTORNEY'S FEES**

On the date written above, the motion of the above-named Debtor to Modify Debtor's Chapter 13 Plan and Debtor's counsel's request for additional attorney's compensation was considered. The Court finds that adequate notice was given to all parties in interest and that no objections or responses were received. The Court further finds that, as modified, Debtor's plan will pay all priority and secured creditors in full and produce a dividend of 100% to unsecured creditors. Further, this modification extends the plan beyond sixty (64) months from the date of petition. After considering the Debtor's motion, the Court finds that the Debtor's motion is well taken and should be granted. Therefore,

**IT IS ORDERED** that the Debtor's plan payments shall be modified to $2,428.00 monthly commencing September 2021 and that such future plan payments shall cure the Chapter 13 plan payment arrearage that exists as of August 2021. The secured and priority creditors will be paid or dealt with as follows: (no change), and the Law Offices of Joseph W. Shulter at $100.00 per month (administrative priority fees from this motion).

**IT IS FURTHER ORDERED** that Debtor's plan modification as described in the motion and the Court's findings above is approved and such modified plan shall be the plan going forward.

**FINALLY, IT IS FURTHER ORDERED** that the Law Offices of Joseph W. Shulter be awarded additional attorney's fees in the amount of $750.00 to be paid through the Chapter 13 Plan as an administrative expense.

###

Prepared by:

**LAW OFFICES OF**
**JOSEPH W. SHULTER, PLLC**
900 N.E. Loop 410, Suite D-200
San Antonio, Texas 78209
210-344-4040/fax 210-822-2685