# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.:** 18–50765–mmp
**Chapter No.:** 13
**Judge:** Michael M Parker

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tanya Magaly Flores–Alhamdan
9190 Everton
San Antonio, TX 78245
**SSN/TAX ID:**
xxx–xx–0864

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **4/5/22**             for Joint Debtor (if any) on **N/A**

Dated: 4/5/22

                                        Barry D. Knight
                                   Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]